IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHERRIE BOBO

v.          Civil No. – JFM-16-2462

HOUSING AUTHORITY OF THE
CITY OF ANNAPOLIS

## MEMORANDUM

This action was removed by defendant from the Circuit Court for Anne Arundel County, Maryland.

Plaintiff has written a letter to the Circuit Court for Anne Arundel County saying that she desires to withdraw her claim. Defense counsel called plaintiff to advise her that the case was in federal court and she should file the letter here, but plaintiff has not responded to him.

Under the circumstances the most expeditious course of action to follow is to dismiss this case without prejudice. Plaintiff may refile it if she wants to without paying any filing fee.

A separate order of dismissal is being entered herewith.

Date: 12/5/16

J. Frederick Motz
United States District Judge